IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01502-WYD-MEH

SHERRON LEWIS JR.,

    Plaintiff,

v.

JP MORGAN CHASE BANK N.A.,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 12, 2010.**

    Plaintiff's Objection and Request for Clarification Regarding the Court's Order of July 9, 2010 [filed July 9, 2010; docket #5] is construed as a motion for clarification of this Court's order and is **granted**. A plaintiff initiating a civil action in this Court must demonstrate that the Court has jurisdiction to hear the matter. Plaintiff cites to Colo. Rev. Stat. § 38-35-204(1) for authority to file his petition in this Court. However, the state statute does not automatically confer jurisdiction in federal court to hear any civil matter under the statute. Rather, the statute refers to liens authorized by both state and federal courts. Here, the Plaintiff must establish that this Court has jurisdiction to hear his civil matter.

    Once again, the Plaintiff is directed to contact the Clerk of Court with any questions regarding initiating an action in this Court.