IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-01502-WYD-MEH

SHERRON L. LEWIS, JR.,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff's "Notice of Withdrawal of Original and Amended Petition for Order to Show Cause Pursuant to C.R.S. § 38-35-304" filed August 9, 2010. The Court construes this as a motion to dismiss this action in which Plaintiff has filed a Petition and Amended Petition for Order to Show Cause. Having reviewed the motion and being fully advised in the premises, it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**. Plaintiff's request for a refund of the filing fee is **DENIED**, as such fee is not refundable.

Dated this 17th day of August, 2010.

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    WILEY Y. DANIEL,
                                    CHIEF UNITED STATES DISTRICT JUDGE